726 A.2d 260

HERBERT BASHIR, PLAINTIFF–RESPONDENT, v. COMMISSIONER OF THE DEPARTMENT OF INSURANCE, DESIGNATED DEFENDANT IN A HIT & RUN CASE, DEFENDANT–APPELLANT, AND JOHN DOE, SAID NAME BEING FICTITIOUS, RICHARD ROE, SAID NAME BEING FICTITIOUS, HARTFORD INSURANCE COMPANY, A CORPORATION OR BUSINESS ORGANIZATION, TWIN CITY FIRE INSURANCE COMPANY, A CORPORATION OR BUSINESS ORGANIZATION, SONDHEIM & LOUGHLIN, INC., A CORPORATION OR BUSINESS ORGANIZATION, SPERO MARGEOTES DIAMOND COACH LIMO SERVICE, INC., A CORPORATION OR BUSINESS ORGANIZATION, ALPHA INSURANCE COMPANY, SAID NAME BEING FICTITIOUS, A CORPORATION OR BUSINESS ORGANIZATION, DEFENDANTS.

Argued March 1, 1999—Decided April 8, 1999.

*Michael F.J. Romano,* argued the cause for appellant.

*Timothy L. Madden,* argued the cause for respondent (*Freeman & Bass,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Wecker's opinion of the Appellate Division, reported at 313 *N.J.Super.* 1, 712 *A.*2d 670 (1998).

*For affirmance*—Chief Justice PORITZ and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN, and COLEMAN—7.

*Opposed*—None.